Closed 2/7/12

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carmen Ines Lopez,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GMAC Mortgage and Does 1 to 100, inclusinve,<br><br>　　　　Defendants. | Case No.:  CV12-00081 JFW (MANx)<br>Hon.:　　John F. Walter<br>Ctrm.:　　16 – Spring St.<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:　　November 18, 2011 |

On February 7, 2012, at 1:30 p.m., the Court granted the motion to dismiss the complaint of plaintiff Carmen Ines Lopez pursuant to Federal Rule of Civil Procedure 12(b)(6) by defendant GMAC Mortgage, LLC, erroneously sued as "GMAC Mortgage." The Court ordered that the motion to dismiss was granted without leave to amend and that the action was dismissed with prejudice.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment of dismissal with prejudice is entered in favor of defendant GMAC Mortgage, LLC, erroneously sued as "GMAC Mortgage."

IT IS SO ORDERED.

DATED:  February 13, 2012

_____
The Honorable John F. Walter
Judge, United States District Court

Respectfully submitted by,

DAVID M. LIU (State Bar No. 216311)
dml@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA  92612
Telephone:  (949) 442-7110
Facsimile:   (949) 442-7118

MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:   (415) 956-0439

Attorneys for Defendant
GMAC MORTGAGE, LLC